UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BENJAMIN FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>MARK MINTEN, et al.,<br><br>    Defendants. | Case No. 18-cv-07329-SVK<br><br>**ORDER REGARDING JOINT STIPULATION TO AMEND COMPLAINT**<br><br>Re: Dkt. Nos. 34, 36 |

The Court is in receipt of the Parties' Joint Stipulation to Amend Complaint (Dkt. 34) and Joint Status Report Regarding Settlement (Dkt. 36). The Parties have stipulated to add CITY OF SAN JOSE as a Defendant and to dismiss Defendants MARK MINTEN, individually and as an officer of the San Jose Police Department; TYLER MORAN, individually and as an officer of the San Jose Police Department; and CHRISTINA NICOLE JIZE, individually and as an officer of the San Jose Police Department, with prejudice.

Pursuant to Civ. L.R. 10-1, "[a]ny party filing or moving to file an amended pleading must reproduce the entire proposed pleading and may not incorporate any part of a prior pleading by reference." As the Parties' Joint Stipulation does not reproduce the original Complaint, the Court directs Plaintiff to file an amended complaint in accordance with Civ. L.R. 10-1 and the joint stipulation.

**SO ORDERED.**

Dated: December 5, 2019

SUSAN VAN KEULEN
United States Magistrate Judge