JAIME A. LEANOS, ESQ. (159471)
Law Offices of Morales & Leanos
75 East Santa Clara Street, Suite 250
San Jose, CA 95113
Telephone Number: (408) 294-6800
Facsimile Number: (408) 294-7102
E-Mail Address: jleanoslaw@pacbell.net

Attorney for Plaintiff JACOB BENJAMIN FLORES

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
CHRISTIAN B. NIELSEN, Chief Deputy City Attorney (87972)
KATHRYN J. ZOGLIN, Senior Deputy City Attorney (121187)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants
MARK MINTEN, Individually and as an
Officer of the San Jose Police Department;
TYLER MORAN, Individually and as an
Officer of the San Jose Police Department;
and CHRISTINA JIZE, Individually and as
an Officer of the San Jose Police Department

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA

SAN JOSE DIVISION

| | |
|---|---|
| JACOB BENJAMIN FLORES,<br><br>        Plaintiff,<br><br>v.<br><br>MARK MINTEN, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, TYLER MORAN, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, CHRISTINA NICOLE JIZE, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT and DOES 1-10, INCLUSIVE,<br><br>        Defendant(s). | Case Number: 5:18-cv-07329-SVK<br><br>**JOINT STIPULATION TO AMEND COMPLAINT AND [PROPOSED ORDER]** |

WHEREAS, on October 23, 2019, the parties participated in a Settlement Conference before Magistrate Judge DeMarchi; and

WHEREAS, the parties agreed that Plaintiff would amend the Complaint to add the City of San José as a defendant and to dismiss the currently named Defendant San José Police Officers as defendants with prejudice. A true and correct copy of the proposed First Amended Complaint is attached hereto as **Exhibit A.**

The parties to this action, acting through counsel and pursuant to Rule 15(a)(2) and Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, hereby agree and stipulate:

The complaint in this action is amended to add the CITY OF SAN JOSE as a defendant; and

Defendants MARK MINTEN, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, TYLER MORAN, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, CHRISTINA NICOLE JIZE, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, are hereby dismissed as defendants in this case with prejudice.

IT IS SO STIPULATED.

LAW OFFICE OF MORALES & LEAÑOS

Dated: December 11, 2019

By: /s/ *Jaime A. Leaños*
  JAIME A. LEAÑOS

Attorney for Plaintiff JACOB BENJAMIN FLORES


RICHARD DOYLE, City Attorney

By: /s/ *Kathryn J. Zoglin*
  KATHRYN J. ZOGLIN
  Senior Deputy City Attorney

Dated: December 11, 2019

Attorneys for MARK MINTEN, Individually and as an Officer of the San Jose Police Department; TYLER MORAN, Individually and as an Officer of the San Jose Police Department; and CHRISTINA JIZE, Individually and as an Officer of the San Jose Police Department

I attest defense counsel has read and approved this document and given consent to the filing of the same with the Court.

Dated: December 11, 2019    LAW OFFICES OF MORALES & LEAÑOS

By: /s/ *Jaime A. Leaños*
Attorney for Plaintiff

[~~PROPOSED~~] ORDER

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Plaintiff may file his proposed First Amended Complaint, attached hereto as Exhibit A.

**IT IS SO ORDERED:**

Dated: December 12, 2019    By: _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge